UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DON R. FAIRFAX,<br><br>    Plaintiff,<br><br>v.<br><br>WILBERFORCE UNIVERSITY,<br><br>    Defendant. | Case No. 3:11-CV-055<br>JUDGE: TIMOTHY BLACK |

## PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE AND JUDGMENT ENTRY

NOW COME Plaintiff and Defendant, by and through respective counsel, and hereby stipulate that all claims asserted by Plaintiff in the above-captioned matter have been settled and are hereby dismissed, with prejudice, pursuant to FRCP 41(A)(1)(ii). The Court may enter an order accordingly, notice by the Clerk being hereby waived. Each party to bear its own costs.

**IT IS SO ORDERED.**

_Timothy S. Black_
The Honorable Timothy Black, Judge

Dated: _5/22/12_, 2012

Respectfully Submitted,

_/s/ Jason P. Matthews_
Jason P. Matthews (0073144)
627 S. Edwin C. Moses Blvd., Suite 2-C
Dayton, OH 45417
(937) 228-3731
*Attorney for Plaintiff*

_/s/ Robert B. Sutherland_
Robert B. Sutherland (0063691)
6100 Oak Tree Blvd., Suite 200
Independence, OH 44131
(216) 328-2012
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st ~~2nd~~ day of ~~April~~ May (RBS) 2012, notice of electronic filing of the attached pleading was sent to all registered parties of record by operation of the Court's electronic filing system. This pleading may be accessed through the Court's system.

Robert B. Sutherland

2